**BARCLAY DAMON** LLP

**Paul A. Sanders**
*Partner*

March 27, 2024

**VIA CM/ECF**
**VIA ELECTRONIC MAIL**
Hon. Cathy Seibel
U.S. District Court Judge
Southern District of New York
300 Quarropas St., Room 630
White Plains, NY  10601

Re:   Rashaun Roundtree v. Orange County, Orange County Jail
       SDNY Civil No.:  7:22-cv-01697-CS
       Our File No.:  3103427

Dear Judge Seibel:

In response to Your Honor's Memorandum Endorsement of Plaintiff's March 12, 2024 letter (Dkt. 36), please be advised that my firm has been authorized to execute a waiver of service on behalf of Dr. Khouri with respect to the Third Amended Complaint.  The waiver form can be sent to my attention.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

Paul A. Sanders

PAS:np

cc:   Rashaun Roundtree (19A3294)

---

The Court is respectfully directed to issue a summons to Salwah Khouri, MD; to fill out a USM-85 form for that defendant; and to deliver to the Marshals Service all paperwork necessary to for the Marshals to effect service upon him (including a copy of this endorsement and letter, the latter of which confirms that Dr. Khouri will waive service through his counsel).

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

3/27/24

---

2000 Five Star Bank Plaza - 100 Chestnut Street - Rochester, New York 14604  barclaydamon.com
PSanders@barclaydamon.com  Direct: (585) 295-4426  Fax: (585) 295-8422

27928130.1