UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RASHAUN ROUNDTREE,

                Plaintiff,         **ORDER ON MOTION TO DISMISS**

   - against -                   No. 22-CV-1697 (CS)

SALWAH KHOURI, MD, *et al.*,

                Defendants.
-------------------------------------------------------------x

Seibel, J.

    For the reasons set forth on the record at the March 4, 2026 conference, the Defendants'

motion to dismiss, (ECF No. 80), is GRANTED in part and DENIED in part.

**SO ORDERED.**

Dated:  March 4, 2026
       White Plains, New York

                                   _____
                                   CATHY SEIBEL, U.S.D.J.